AO 245A  (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA

V.

JOSE GARCIA-CHAVEZ

**JUDGMENT OF ACQUITTAL**

CASE NUMBER:  5:14-CR-50051-001

On December 7, 2015, this matter came before the Court for trial to a duly qualified and selected jury. After four (4) days of trial the Court provided its instructions as to applicable law and the case was submitted to the jury to deliberate.  Thereafter, the jury returned to open court and announced its finding that the Defendant was **NOT GUILTY.**

IT IS THEREFORE ORDERED that the Defendant is acquitted, discharged, and any bond is hereby exonerated.

_____
Signature of Judge

Honorable Timothy L. Brooks,
United States District Judge
Name and Title of Judge

December 14, 2015
Date